*Sheppard & Clements,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, *Roy Campbell* and *Ira A. Hutchison,* Assistants, for Defendant in Error.

Clyde Sparkman, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of error dismissed on motion of Attorney General.
*Ethel Jane Steele,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

Annie T. Hardin, *et al.,* Appellants, v. Henry A. Sawyer, *et al.,* Appellees.

Appeal dismissed on motion of counsel for the respective parties.
*C. B. Peeler,* for Appellants.
*Wm. H. Harwick,* for Appellee.

White Swan Laundry, a Florida corporation, Plaintiff in Error, v. Joseph Lechner, joined by her husband, *et al.,* Defendants in Error.

Writ of error dismissed on motion of counsel for Plaintiff in Error.
*G. A. Worley,* for Plaintiff in Error.
*Miles Ventress,* for Defendants in Error.

J. W. Earnest, Appellant, v. Ruby Howze, *et al.,* Appellees.

Appeal dismissed on motion of counsel for the respective parties.

*Clyde Maddox,* for Appellant.

*Robert L. Hughes,* for Appellees.

J. W. Ricketts, *et al.,* Appellants, v. The Baltimore Trust Company, a corporation of Maryland, as Trustee, Appellee.

Appeal dismissed on motion of counsel for Appellee.

*Peters & Kemp,* for Appellants.

*Kurtz & Reed,* for Appellee.

Clewiston Corporation, a corporation organized and existing under the laws of the State of Delaware, Appellant, v. Pelican Lake Sub-Drainage District, etc., *et al.,* Appellees.

Appeal dismissed on motion of counsel for the respective parties.

*Kearley & Chapman,* for Appellant.

*Evans, Mershon & Sawyer,* for Appellees.

Lucile H. Lott, joined by her husband, Elmer W. Lott, Appellant, v. Northern Investment Corporation, a corporation, Appellee.

Appeal dismissed on motion of counsel for Appellant.

*S. E. Durrance,* for Appellant.

*Troy C. Musselwhite,* for Appellee.